October 16, 1973.

M. P. No. 73-55. JANE ANNE DRESSER *et al. v.* A. T. & G., INC. *et al.* Petitioners-appellants' motion to dismiss the third argument of appellees' brief is denied without prejudice to right

of petitioners to renew the motion at the hearing on the merits. *Lavine & Sutherland, Paul P. Baillargeon,* for petitioners-appellants. *Macktaz, Keefer and Kirby, Paul A. Fontaine,* for respondents-appellees.